FBI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DONALD MICHAEL a/k/a "Baseball Fun"<br>*Defendant* | )<br>)  Case No.   24-CR-263-1<br>)           24-5237MJ<br>)<br>)<br>)           SEALED |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DONALD MICHAEL a/k/a "Baseball Fun",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:2251(a), (e) - CONSPIRACY TO MANUFACTURE CHILD PORNOGRAPHY
18:2252(a)(2), (b)(1) - CONSPIRACY TO RECEIVE AND DISTRIBUTE CHILD PORNOGRAPY
18:2252(a)(2), (b)(1) - RECEIPT OF CHILD PORNOGRAPHY
18:2252(a)(2), (b)(1) - DISTRIBUTION AND ATTEMPTED DISTRIBUTION OF CHILD PORNOGRAPHY

Date: 07/19/2024

s/ Eric Sobieski
*Issuing officer's signature*

City and state: Philadelphia, Pa

Eric Sobieski, Deputy Clerk
*Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: July 18, 2024 |
| DONALD MICHAEL a/k/a "Baseball Fun" | : | VIOLATIONS: 18 U.S.C. § 2251(a), (e) (conspiracy to manufacture child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (conspiracy to receive and distribute child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 2 counts) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (distribution and attempted distribution of child pornography – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about April 13, 2020 to on or about October 7, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**DONALD MICHAEL,**
**a/k/a "Baseball Fun,"**

Person #1, and Person #2, who are known to the grand jury, conspired and agreed together to employ, use, persuade, induce, entice, and coerce minors, who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, that is, by soliciting minors to photograph and video record themselves engaging in sexually explicit conduct and transmit the images via the Internet, and defendant MICHAEL,

1

Person #1, and Person #2 knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about April 13, 2020 to on or about October 7, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**DONALD MICHAEL,
a/k/a "Baseball Fun,"**

and Person #1, who is known to the grand jury, conspired and agreed together to knowingly receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, that is, the Internet, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 17, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**DONALD MICHAEL,
a/k/a "Baseball Fun,"**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

4

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 10, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**DONALD MICHAEL,
a/k/a "Baseball Fun,"**

knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 14, 2023, in the Eastern District of Pennsylvania and elsewhere, defendant

**DONALD MICHAEL,
a/k/a "Baseball Fun,"**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), as set forth in this indictment, defendant

**DONALD MICHAEL,
a/k/a "Baseball Fun,"**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

  i. One Apple iPhone 15, bearing IMEI (international mobile equipment identity) number 351698470785888.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253, to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

**A TRUE BILL:**



_____
**JACQUELINE C. ROMERO**
**United States Attorney**